**STATE of Missouri, Respondent,**

v.

**Shamella M. GILBERT, Appellant.**

**No. ED 79306.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 27, 2002.

Craig A. Johnson, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Defendant, Shamella M. Gilbert, appeals from the judgment entered after a jury found her guilty of two counts of assault in the first degree and two counts of armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).